O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.
DAVID ROSARIO

WAIVER OF INDICTMENT

CASE NUMBER: 08-CR-713(S-)(SJF)

I, David Rosario, the above named defendant, who is accused of conspiracy to commit mail fraud,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on FEB. 23, 2010 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant David Rosario

Counsel for Defendant Randi Chavis

Before Judicial Officer